## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

In Re:
JOCQUELINE R. JONES             CASE NO: 15-20575
       Debtor(s)                  Chapter 13 proceeding

### MOTION TO DISMISS CASE UNDER SECTION 1307

**NOW IN TO COURT**, through undersigned counsel, come the debtor(s) **JOCQUELINE JONES** who with respect, move the Court as follows:

1.

Debtor(s) desire and are entitled to have her Chapter 13 case dismissed.

**WHEREFORE**, the debtor(s) moves this honorable Court to enter an order dismissing this case and closing the estate as provided by law.

By Attorneys:

LAW OFFICE OF CHRISTIAN D. CHESSON

By:    /s/Christian D. Chesson
        Christian D. Chesson
        18th Floor, Capital One Tower
        Lake Charles, Louisiana 70629

Approved by the debtor(s) on 6/20/2018 prior to filing:    /s/Jocqueline R. Jones
                                                                          Jocqueline R. Jones

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion to Dismiss Case was mailed to the trustee, **Keith Rodriguez**, P. O. Box 3445, Lafayette, Louisiana, 70502, and to all other parties listed on the mailing matrix attached hereto.

### Creditors

AD Astra Recovery
7320 W. 33rd St.
Wichita, KS 67205

Bank of America
Po Box 982235
El Paso, TX 79998

Bessie Vital
1420 N. Grace
Lake Charles, La. 70615

Calcasieu Parish Sheriff
5400 E. Broad Street
Lake Charles, LA 70601

Capital One Bank USA
POB 30281
Salt Lake City, UT 84130

Cavalry Spv I LLC
c/o Edward Bukaty III
Suite1810
One Galleria Boulevard
Metairie, LA 70001

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Credit Management, LP
4200 International Parkway
Carrollton, TX 75007

Green Tree Servicing LLC
PO BOX 6154
Rapid City, SD 57709-6154
Telephone # 888-298-7785

Greentree
4250 North Freeway
Fort Worth, TX 76137

Greentree Landmark
345 St. Peter Street
Saint Paul, MN 55102-4405

IRS
P. O. Box 7346
Philadelphia, PA 19101

IRS District Counsel
P. O. Box 30509
New Orleans, LA 70190

Lake Area Collections
3109 Common St., Suite 104
Lake Charles, LA 70601

**Lake Charles City Court**
P. O. Box 1664
Lake Charles, LA 70602

**LDR**
P. O. Box 66658
Baton Rouge, LA 70896

**Mobile Imaging Inc**
748 Bayou Pines E Suite C
Lake Charles, LA 70601

**Mohela**
633 Sprint Dr.
Chesterfield, MO 63005

**Santander**
P. O. Box 961245
Fort Worth, TX 76161

**Speedy Cash**
585 S. Morrison Blvd.
Hammond, LA 70401

**Suddenlink**
PO Box 660401
Dallas, TX 75266

**Swiss Colony**
1112 7th Ave
Monroe, WI 53566

**U. S. Attorney's Office**
Attn: Bankruptcy
300 Fannin St.
Ste. 3201
Shreveport, LA 71101

**US Department of Education**
P.O. Box 16448
St. Paul, MN 55116-0448

**Wollemi Acquisitions, LLC**
by AIS Data Services, LP as agent
PO Box 165028
Irving, TX 75016

**Wollemi Acquistions, LLC**
P.O. Box 165028
Irving, TX 75016

Dated: 6/20/2018

/s/ Christian D. Chesson
Christian D. Chesson